**Leslie WRIGHT, Plaintiff—Appellant,**

v.

**Michael EASLEY, Governor; State of North Carolina, Health and Human Services, Defendants—Appellees.**

No. 05–2383.

United States Court of Appeals, Fourth Circuit.

Submitted: May 18, 2006.

Decided: May 25, 2006.

Leslie Wright, Appellant Pro Se.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leslie Wright appeals the district court's order dismissing her civil action under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Wright v. Easley*, No. CA–05–742–5–WW (E.D.N.C. Nov. 15, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*